JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PRESTON GRISBY,               )   NO. CV 14-7201-KLS
           Plaintiff,   )
      v.              )   JUDGMENT
                  )
CAROLYN W. COLVIN, Acting   )
Commissioner of Social Security,  )
          Defendant.   )
_____ )

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: October 19, 2015

                             KAREN L. STEVENSON
             UNITED STATES MAGISTRATE JUDGE

1